**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 11-35737-RAM
CHAPTER 13

IN RE:

    Heidy Kenia Reyes,

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2011, a copy of the MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY was served electronically, CERTIFIED or United States mail to all interested parties, the Trustee and all creditors listed below.

Bank of America
Attn: Brian T. Moynihan, President & CEO
100 N. Tryon St.
Charlotte, NC 28255

Certified Mail #7009 2250 0002 0676 3744

Via Regular Mail To:

South Atlantic Mortgage Corporation
Attn: Marilyn R. Dans, President
3850 Bird Road, #105
Coral Gables, FL 33146

Antigua At Country Club of Miami
Condominium Association, Inc.
Attn: Diego Borges, President
17460 NW 67th Court
Miami, FL 33015

BAC Home Loans Servicing, LP
Bankruptcy Division
P.O. Box 5170
Simi Valley, CA 93062-5170

Ocwen Loan Servicing, LLC
Attn: Ronald Faris, President
1661 Worthington Rd., #100
West Palm Beach, FL 33409-6493

Submitted by:

/s/ Andres Montejo
Andres Montejo 659428

| | |
|---|---|
| Address: | 6157 NW 167 Street Suite F-21 |
| | Miami, FL 33015, |
| Phone: | 305-817-3677 |
| Email: | amontejo@andresmontejolaw.com |